IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH W. PENDLETON,

    Plaintiff,

                                    Case No.  20-cv-492-wmc

  v.

MADISON KIPP CORPORATION,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 12/11/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |